UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03cr3172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| ROGER ALAN VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 48, is granted;

2. the hearing will be held on July 26, 2006, at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defense attorney has told the court that the defendant waives his personal appearance at the hearing but wants to participate by telephone;

4. defense counsel shall make arrangements with the facility housing the defendant and provide to chambers on or before July 25, 2006, the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing.

Dated July 10, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge